# *United States District Court*

__SOUTHERN__ _____ DISTRICT OF _____ ___FLORIDA_____

UNITED STATES OF AMERICA

V.

ROD STIDHAM

00 MAY 12 AM 9: 27

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

**WARRANT FOR ARREST**

# 00-6119
**CASE NUMBER:**

CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

**TO:** **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest_____ _____    ___ROD STIDHAM_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment    ☐ Information    ☐Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and intentionally conspiring to import marijuana into the United States from a place outside thereof, knowingly and intentionally importing marijuana into the United States from a place outside thereof and knowingly and intentionally possessing with the intent to distribute marijuana.

in violation of Title 21 United States Code, Section(s) 841(a)(1), 952(a), 963

Clarence Maddox_____
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ 50,000 Corporate Surety Bond with Nebbia

Clerk of the Court_____
Title of Issuing Officer

May 11, 2000 at Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at_____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev  12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: ___ROD STIDHAM_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT:_____        WEIGHT:    _____

SEX:    _____ RACE:    _____

HAIR: _____EYES:    _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:_____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS:_____Drug Enforcement Administration_____

_____