AO 442 (Rev. 12/85) Warrant for Arrest AUSA BERTHA R. MITRANI, SPECIAL AGENT THOMAS J. REDPATH 489-1732

# United States District Court

SOUTHERN DISTRICT OF FLORIDA  476541

UNITED STATES OF AMERICA

V.

ROD STIDHAM

## WARRANT FOR ARREST

**CASE NUMBER: 00-6119**

CR-ZLOCH
MAGISTRATE JUDGE
SELTZER

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ROD STIDHAM

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and intentionally conspiring to import marijuana into the United States from a place outside thereof, knowingly and intentionally importing marijuana into the United States from a place outside thereof and knowingly and intentionally possessing with the intent to distribute marijuana.

in violation of Title 21 United States Code, Section(s) 841(a)(1), 952(a), 963

Clarence Maddox
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

_/s/ Butler_
Signature of Issuing Officer

May 11, 2000 at Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 50,000 Corporate Surety Bond with Nebbia
by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, Fl

| DATE RECEIVED<br>5/11/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>5/16/2000 | FOR: DEA | SDUSM Fred Depompa |

13

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: ___ROD STIDHAM___

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: ___Drug Enforcement Administration___