| | | | |
|---|---|---|---|
| DEFT: | Rod Stidham (J)# | CASE NO: | 00-6119-CR-~~Ferguson~~ WJZ |
| AUSA: | Bertha Mitrani *present* | ATTNY: | |
| AGENT: | | VIOL: | 21:841, 846, 963, 952 |
| PROCEEDING: | Initial, Appearance | BOND REC: | 50,000 Corp. Surety w/nebbia |

BOND HEARING HELD - yes/**no**     COUNSEL APPOINTED: _CJA_

____ BOND SET @ ____

CO-SIGNATURES: ____      Stuart _Adelstein_

SPECIAL CONDITIONS: ____

FILED by D.C. MAY 16 2000 CLARENCE MADDOX CLERK U.S. DIST CT. S.D. OF FLA. FT. LAUD

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
___ Electronic Monitoring

√ advised of charges
√ sworn for counsel

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| XX BOND HEARING: | 5-18-00 | 11:00am | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | 5-18-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 5-16-00   TIME: 11:00am   TAPE # 00-04 / PG # 7

500 - ; 33

25