

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6119-CR-~~Ferguson~~

UNITED STATES OF ~~AMERICA~~

vs

Rod Stidham

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 5-18-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/~~retain~~ counsel of record will be noticed for trial by the District Court Jud assigned to this case. The following information is current as of this dat

| | |
|---|---|
| DEFENDANT: | Address: see bond |
| | Telephone: |
| DEFENSE COUNSEL: | Name: Stuart Adelstein |
| | Address: |
| | Telephone: |
| BOND SET/CO~~NTINUED~~: | $ 100,000 PSB |

Bond hearing held: yes  x    no ____   Bond hearing set for _____

Dated this ___18___ day of _____May_____, 20 _00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. ___00-044___

cc: Clerk for Judge
    U. S. Attorney

41