| | | | |
|---|---|---|---|
| DEFT: | Rod Stidham (J)# | CASE NO: | 00-6119-CR-Ferguson |
| AUSA: | Bertha Mitrani *present* | ATTNY: | Stuart Adelstein / Michael |
| AGENT: | | VIOL: | Matters to stand in |
| PROCEEDING: | Bond Hearing/Arraignment | BOND REC: | $50,000 *present* |

BOND HEARING HELD - yes/no        COUNSEL APPOINTED:

BOND SET @ $100,000 PSB

CO-SIGNATURES: wife & parents

SPECIAL CONDITIONS:

1) ✓ Do not violate any law.
2) ✓ Appear in court as directed.
3) ✓ Surrender and/or do not obtain passports/travel documents.
4) ✓ Rpt to PTS as directed / or ___ X's a week/month by phone; ___ x's a week/month in person.
5) ✓ Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
   Maintain or begin an educational program.
7) ✓ No contact with victims/witnesses.
8) ✓ No firearms.
10) Curfew:
11) ✓ Travel extended to: SD/FC
12) Halfway House
    Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

[stamp: FILED by ___ D.C. MAY 18 2000 CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

*wants to travel in May for rink bidding in Missouri - Granted - must inform PTS*

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 5-31-00 w/co defts | 11:00am | Snow |
| DATE: 5-18-00 | TIME: 11:00am | TAPE # 00-043/044 PG # | / 1 |

SS 01 - 3695
00-044
1-510

42