UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

GREGORY PILLOCK
LAWRENCE LONDON
WILLIAM MOCCIA
TERRILL MYERS
ERIK JOHNSON
ROD STIDHAM
and JOHN MINIX,

       Defendants.
_____/

**ORDER GRANTING CONTINUANCE
AND RESETTING TRIAL**

THIS MATTER is before the Court upon the Defendant, Gregory Pillock's, Motion To Continue, bearing Certificate of Service dated June 15, 2000, based upon the unavilability of counsel for said Defendant. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Gregory Pillock's, Motion To Continue be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a Speedy Trial.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause



is hereby removed from the trial calendar of July 31, 2000 and is hereby reset for the two-week trial calendar commencing on Monday, August 14, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, August 11, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, June 15, 2000, through and including August 14, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of June, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

See attached Mailing List

2

UNITED STATES OF AMERICA v. GREGORY PILLOCK, et al.
Case no. 00-6119-CR-ZLOCH

Bertha Mitrani, Esq., AUSA
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Alvin E. Entin, Esq.
Entin, Margules & Della Fera
For Defendant Pillock
200 East Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301

Herbert Cohen, Esq.
For Defendant London
200 S.E. Sixth Street, #205
Fort Lauderdale, FL 33301

Neal Schuster, Esq.
For Defendant Moccia
407 Lincoln Road, #11B
Miami Beach, FL 33139

Bruce Fleischer, Esq.
For Defendant Myers
2665 S. Bayshore Drive, #1206
Miami, FL 33133

Daryl Wilcox, Esq., AFPD
For Defendant Johnson
150 East Flagler Street, #1700
Miami, FL 33131

Stuart Adelstein, Esq.
For Defendant Stidham
1435 S. Miami Avenue
Miami, FL 33130

Manuel Vazquez, Esq.
For Defendant Minix
2655 S. LeJuene Road, #503
Coral Gables, FL 33134