UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6119-CR-ZLOCH

    Plaintiff,

vs.

ROD STIDHAM,

    Defendant.
_____/

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, ROD STIDHAM, by and through his undersigned counsel and respectfully requests this Court to grant him permission to travel outside the jurisdiction of South Florida, to Pinellas County and Brevard County to visit with his parents and in-laws, and as grounds therefore states as follows:

1. That the Defendant's parents, Garland and Barbara Stidham, reside at 10107 106th Terrace, North, Seminole, Florida 33773, telephone number (727) 392-6869;

2. That the Defendant's in-law, Roberta Minix, resides at 1713 Joshua Drive, Palm Bay, Florida, 32905, telephone number (321) 725-0769;

3. That the Defendant requests permission to travel to his parents and in-law's residence between July 3, 2000, through and including July 9, 2000;

4. That in addition thereto, the Defendant would provide a written itinerary to his Pretrial Services Officer as to the dates that he will be at the aforementioned locations;

5. That the Defendant further requests permission to travel to his parents and in-law's at other times that do not conflict with required Court dates. The Defendant would in fact, provide



a written itinerary to his Pretrial Services Officer if the Court would grant him permission to do so.

6. That the Defendant is presently out on bond and has contacted his Pretrial Service officer who has indicated that there is no problem as long as the Court grants said request;

7. That undersigned counsel contacted Assistant United States Attorney Bertha Mitrani, regarding the filing of this motion and she advised she has no objection to the granting of this motion.

WHEREFORE, the Defendant, ROD STIDHAM, respectfully requests this Honorable Court grant him permission to travel to Brevard County and Pinellas County, to visit with his parents and in-law.

Respectfully submitted,

Law Offices of Adelstein & Matters
1435 South Miami Avenue
Miami, Florida    33130
Telephone: (305) 358-9222
Fax: (305) 358-1926

BY: _____
Stuart Adelstein, Esq
Fla Bar No. 234540

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 27th day of June, 2000, to Bertha Mitrani, AUSA, Office of the U.S. Attorney, 299 E. Broward Blvd., Ft. Lauderdale, Florida 33301.

_____
Stuart Adelstein, Esq.