UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00–6119-CR-ZLOCH

Plaintiff,

vs.

ROD STIDHAM,

**MOTION FOR CONTINUANCE**

Defendant.
_____/

COMES NOW the Defendant, ROD STIDHAM, by and through his undersigned counsel, and files this his Motion for a Continuance of the trial which is presently set for the two week period commencing August 14, 2000, and as grounds therefore states as follows:

1. That on Monday, June 26, 2000, undersigned counsel received an order granting a continuance and resetting this case for trial for the two-week trial calendar commencing Monday, August 14, 2000;

2. That undersigned counsel is presently scheduled for trial in the case of U.S.A. vs. Alexis Toutoute, Case No. 99-986-Cr-King, during that same trial period;

3. That undersigned counsel contacted Assistant United States Attorney Bertha Mitrani, regarding the filing this Motion for Continuance, and she advised she has no objection to said continuance.

WHEREFORE, the Defendant, ROD STIDHAM, respectfully prays this Court enter an Order granting a continuance of the trial date herein.

Respectfully submitted,

**Law Offices of Adelstein & Matters**
1435 S. Miami Avenue
Miami, FL 33130
(305) 358-9222
(305) 358-1926 Fax

BY: _/s/ Stuart Adelstein_
Stuart Adelstein, Esq.
Fla Bar No. 234540

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 27th day of June, 2000, to Bertha Mitrani, AUSA, Office of the U.S. Attorney, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301, Alvin Entin, Esq., 200 E. Broward Blvd., Ste. 1210, Ft. Lauderdale, FL 33301, Herbert Cohen, Esq., 200 SE Sixth Street, Ste. 205, Ft. Lauderdale, FL 33301, Neal Schuster, Esq., 407 Lincoln Road, Ste. 11B, Miami Beach, FL 33139, Bruce Fleischer, Esq., 2665 S. Bayshore Drive, Ste. 1206, Miami, FL 33133, Daryl Wilcox, AFPD, 100 N.E. 3rd Avenue, Ste. 202, Ft. Lauderdale, FL 33301, and Manuel Vazquez, Esq., 2655 S. LeJeune Road, Ste. 503, Coral Gables, FL 33134.

_/s/ Stuart Adelstein_
Stuart Adelstein, Esq.