UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6119-CR-ZLOCH

    Plaintiff,

vs.

ROD STIDHAM,

    Defendant.
_____/



### NOTICE OF UNAVAILABILITY

COMES NOW the Defendant, ROD STIDHAM, by and through undersigned counsel and files this, his Notice of Unavailability for the two-week trial calendar commencing Monday, August 14, 2000, and as grounds therefore states as follows:

1. That on Monday, June 26, 2000, undersigned counsel received an order resetting the trial in this cause for the two-week period commencing Monday, August 14, 2000;

2. That undersigned counsel is presently scheduled for trial in U.S.A. vs. Alexis Toutoute, Case No. 99-986-Cr-King, during the same two-week period of time.

    Respectfully submitted,

    Law Offices of Adelstein & Matters
    1435 South Miami Avenue
    Miami, FL  33130
    Telephone: (305) 358-9222
    Fax: (305) 358-1926

BY: _____
    Stuart Adelstein, Esq.
    Fla Bar No. 234540

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 27th day of June, 2000, to Bertha Mitrani, AUSA, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301, Alvin E. Entin, Esq., 200 E. Broward Blvd., Ste. 1210, Ft. Lauderdale, FL 33301, Herbert Cohen, Esq., 200 SE Sixth Street, Ste. 205, Ft. Lauderdale, FL 33301, Neal Schuster, Esq., 407 Lincoln Road, Ste. 11B, Miami Beach, FL 33139, Bruce Fleischer, Esq., 2665 S. Bayshore Drive, Ste.1206, Miami, FL 33133, Daryl Wilcox, AFPD, 100 N.E. 3rd Avenue, Ft. Lauderdale, Fl 33301, Manuel Vazquez, Esq., 2655 S. LeJeune Road, Ste. 503, Miami, FL 33134.

Stuart Adelstein, Esq.