UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 00-6119-CR-ZLOCH**

**UNITED STATES OF AMERICA,**

        Plaintiff,

-vs-

ROD STIDHAM,

        Defendant.

_____/

# O R D E R

**THIS CAUSE** having come before the Court on **Defendant ROD STIDHAM's**

**MOTION FOR PERMISSION TO TRAVEL, in the above-cited case**, and the Court being duly

advised of the premises herein, it is hereby

        **ORDERED** and **ADJUDGED** that this Motion is hereby

_____ GRANTED .

        **DONE** and **ORDERED** in chambers, at Miami, Dade County, Florida, this ____ day

of _____, 2000.

_____
~~WILLIAM ZLOCH~~
U.S. ~~DISTRICT COURT~~ JUDGE
Magistrate