FILED by _____ D.C.

AUG 11 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6119-CR-Zloch  DATE 8-11-00

CLERK Carline Newsky  REPORTER Carl Schanzler

PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Erik Johnson
Rod Stidham

U. S. ATTORNEY Beatha Mitchell  DEFT COUNSEL Daryl Wilcox

DEFENDANT: PRESENT ___ NOT PRESENT ___ ON BOND ___ IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Johnson to Plea
Trial Tues 10:15

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC 2-3 days -

135