UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO. 00-6119-CR-ZLOCH

        Plaintiff,

-vs-

ROD STIDHAM,

        Defendant.
_____/



## MOTION FOR PERMISSION TO CHANGE RESIDENCE

        COMES NOW the Defendant, ROD STIDHAM, by and through undersigned counsel and respectfully requests this Honorable Court to allow the Defendant to relocate and change his residence, and as grounds therefore states the following:

        1. That the Defendant is presently out on bond and a change of plea is scheduled for September 11, 2000, at 2:00 p.m.;

        2. That pursuant to the plea agreement the Defendant will be required to spend a period of time incarcerated;

        3. That as a result of said plea agreement, the Defendant is attempting to make new arrangements for his family;

        4. That the Defendant has relatives in Buena Vista West, in Palm Bay, Florida, and would like to relocate his family closer to his relatives and request permission to relocate to 2117 N.E. Joshua Drive, Palm Bay, Florida, as soon as possible;

        5. That the Defendant has contacted his Pretrial Services officer regarding this request, and he has indicated they have no objection to this;

WHEREFORE, the Defendant, ROD STIDHAM, respectfully requests this Honorable Court to grant him permission to relocate to 2117 N.E. Joshua Drive, Palm Bay, Florida.

Respectfully submitted,

ADELSTEIN & MATTERS, P.A.
1435 S. Miami Avenue
Miami, FL  33130
Telephone: (305) 358-9222
Fax: (305) 358-1926

BY: _____
Stuart Adelstein, Esq.
Fla Bar No. 234540

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 17 day of August, 2000, to Bertha Mitrani, AUSA, Office of the U.S. Attorney, 500 E. Broward Blvd., Ste. 700, Ft. Lauderdale, FL  33301.

_____
Stuart Adelstein, Esq.