UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ~~98-8147~~-CR-ZLOCH
00-6119

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-

ROD STIDHAM,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** having come before the Court on **Defendant ROD STIDHAM'S**

**MOTION FOR PERMISSION TO CHANGE RESIDENCE,** and the Court being duly advised

of the premises herein, it is hereby

    **ORDERED** and **ADJUDGED** that this Motion is hereby

_____.

    **DONE and ORDERED** in chambers, at Ft. Lauderdale, Florida, this ____ day of

_____, 2000.

WILLIAM J. ZLOCH
U.S. DISTRICT COURT