**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | ROD STIDHAM (B) | CASE NO: | 00-6119-CR-ZLOCH |
| AUSA: | BERTHA MITRANI  Brown | ATTY: | STUART ADELSTEIN, ESQ. |
| AGENT: | | VIOL: | |
| PROCEEDING: | ARRAIGNMENT ON SUPERSEDING | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by D.C.
SEP 11 2000
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

~~Reading of Indictment Waived~~
Not Guilty plea entered
Jury trial demanded
~~Standing Discovery Order requested~~

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE: 9/11/00   TIME: 11:00   FTL/LSS TAPE # 00 - 047   Begin: 1608   End: 1669

163