UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
SEP 11 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6119-CR-Zloch   DATE 9-11-00
CLERK Carline Newby   REPORTER Carl Schanzle
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Rod Stidham

U. S. ATTORNEY Larry Bardfeld   DEFT COUNSEL Stuart Adelstein
for Berthee Mitrani

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Change of Plea to Ct 1

RESULT OF HEARING Deft entered a plea of guilty to Ct 1

JUDGMENT Court accepted plea, adjudged deft guilty to Ct 1

CASE CONTINUED TO 11-30-00   TIME 10:00   FOR Sentencing

MISC Written Plea Agreement

/165