**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6119-CR-ZLOCH**

FILED by D.C.
OCT 25 2000

**UNITED STATES OF AMERICA**

    **V.**                                            **NOTICE**

**ROD STIDHAM**

| **TYPE OF CASE** | **CRIMINAL** |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE**                                     **COURTROOM A**
**299 E. BROWARD BLVD.**         **DATE & TIME:**
**FT. LAUDERDALE, Fl, 33301**   December 1, 2000, at 11:00 AM

**SENTENCING - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: October 25, 2000

cc:
Bertha Mitrani, Esq., AUSA
Stuart Adelstein, Esq.
Probation