UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by D.C.
DEC 0 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6119-CR-Zloch   DATE 12-1-00
CLERK Carlene Newbery   REPORTER Carl Schanzleh
PROBATION Tracy Welels   INTERPRETER

UNITED STATES OF AMERICA v. Rod St. Ahan

U. S. ATTORNEY Ed Ryan   DEFT COUNSEL Stuart Adelstein
for Luther Mizrani

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct grants Role Adjustment -3 levels - Deft withdrew mtn for downward departure - Ct 1 - 51 months custody of BOP - 3 yrs Supervised Release - $100 assessment (paid)
JUDGMENT Spec Conds - Participate in Drug/Alcohol Abuse Program - Adelstein appointed for appeal - Execution of sentence deferred until Noon Jan 31, 2001

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC Ct Recommends a facility in Florida capable of treating substance abuse problem