UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

MAY 2 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROD STIDHAM,

Defendant.

CASE NO. 00-6119-Cr-~~FERGUSON~~ BLOCH

/

**MOTION FOR DISBURSEMENT OF BOND**

COMES NOW the undersigned and respectfully states to this Honorable Court that the above-named Defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the Defendant's cash bond heretofore posted by Garland & Barbara Stidham in the amount of $100,000, plus any accrued interest, be refunded to:

Garland & Barbara Stidham, 10107 106th Terrace., N., Largo, FL 33773
(Beneficiary and Mailing Address for Check)

The beneficiary's social security or tax identification number is as follows:

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 (Barbara Stidham)

Garland & Barbara Stidaham
(Name of Beneficiary)

10107 106th Terrace, N
(Address for mailing IRS Form 1099)

Largo, FL 33773
(City, State and Zip Code)

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 (Barbara Stidham)
(Social Security or Tax Identification Number)

_____
(Petitioner or Attorney)
Stuart Adelstein, Esq.
1435 S. Miami Ave.
Miami, FL 33130
(305) 358-9222

Consented by: _____, A.U.S.A.
Bertha R. Mitrani

~~ORDER~~

In consideration of the foregoing motion, it is hereupon

ORDERED AND ADJUDGED that the Clerk of Court shall forthwith make the above-mentioned disbursement.

**DONE AND ORDERED** at _____, Florida, this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney's Office
    Petitioner/Counsel of Record
    Financial Deputy Clerk, Miami

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
   Plaintiff,

v.

~~PREYKKXXNKY~~ Rod Stidham
   Defendant.

APPEARANCE BOND: _____
CASE NO.: 00-6119-CR-Ferguson

I, the undersigned defendant and I or we, the undersigned sureties jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America, the sum of $ 100,000 Personal Surety bond

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case has been transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed to another district may travel to that district as required for court appearances and for conferences with counsel upon written notice to the Clerk of this court or the court to which the case has been transferred. The Southern District of Florida consists of the following counties: Monroe, Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court. The defendant's present address is:

_____

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. Shall not commit any act in violation of state or federal law? ? ? /

   Tamra
10107-106 TER.LARGO FL 33773 - 1130   10167-106 N.LARGO, FL 33773-0138
727-392-6869   727-392-6869

DISTRIBUTION:
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services

80/PM-2
REV 7/90

— 1 —

DEFENDANT: Stidham

CASE NUMBER: 00-5119-CR- Ferguson

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

### SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

#### DEFENDANT

Signed this __18__ day of __May__, __2000__, at __Ft. Lauderdale__, Florida.

Signed and acknowledged before me: _____ DEFENDANT: (Signature) _____
WITNESS: _____ ADDRESS: _____
ADDRESS: _____ _____ ZIP _____
_____ ZIP _____ TELEPHONE: _____

#### CORPORATE SURETY

Signed this _____ day of _____, 19 ___, at _____, Florida.
SURETY: _____ AGENT: (Signature) _____
ADDRESS: _____ PRINT NAME: _____
_____ ZIP: _____ TELEPHONE: _____

#### INDIVIDUAL SURETIES

Signed this __19__ day of __May__, __2000__, at __Lawrys__, Florida.
SURETY: (Signature) __Barbara E. Stidham__   SURETY: (Signature) __Garland H. Stidham__
PRINT NAME: __BARBARA F. STIDHAM__   PRINT NAME: __GARLAND H. STIDHAM__
RELATIONSHIP TO DEFENDANT: __Wife__   RELATIONSHIP TO DEFENDANT: __father__
ADDRESS: __10107-104 TERILARGO FL 33773__   ADDRESS: __10107-104 N. LARGO, FL. 33773-4131__
TELEPHONE: __727-392-6869__   TELEPHONE: __727-392-6869__

### APPROVAL BY COURT

Date: __5-18-00__

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
WHITE to Court file
BLUE to defendant
GREEN to Assistant U.S. Attorney
YELLOW to Counsel
PINK to U.S. Marshal

— 3 —

CASE NO. _00-6119-CR_
_Ferguson_

COUNTY OF _Pinellas_  )
)
STATE OF _FL_  )

Being first duly sworn, I hereby state that I have been asked to sign a $ _100,000_ personal surety bond on behalf of _Rod Stidham_ and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this _19_ day of _May_, 20 _00_.

_Barbara E. Stidham_
Name
_6107 106th Terr. N._
Address
_Largo FL 33773-4130_

Sworn to and subscribed before me this _19_ day of _May_, 20 _00_.



_____
NOTARY PUBLIC

My Commission Expires: _____

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Rm 108
Ft. Lauderdale, FL 33301

305 358 9222

CASE NO. 00-6119-CR-Ferguson

COUNTY OF Pinellas )
                              )
STATE OF FL )

Being first duly sworn, I hereby state that I have been asked to sign a $ 100,000 personal surety bond on behalf of Rod Stidham and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this 19 day of May, 2000.

_____
Name: Gothard H. Stidham

Address: 10107 106TH N.

LARGO, FL. 33773 #130

Sworn to and subscribed before me this 19 day of May, 2000.



_____
NOTARY PUBLIC

BRYAN C. CENTERS
MY COMMISSION # CC 884670
EXPIRES: February 19, 2002
Bonded Thru Notary Public Underwriters

My Commission Expires:

Return form to:
Clerk, U. S. District Court
299 E. Broward Blvd., Rm 108
Ft. Lauderdale, FL 33301