

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6119-CR-ZLOCH

UNITED STATES OF AMERICA

V.                           ORDER DISCHARGING BOND

ROD STIDHAM
_____


THIS MATTER is before the court upon Motion For Disbursement of Bond (filed May 25, 2001) and the Court having carefully considered said motion, having reviewed the court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the personal surety bond posted on behalf of defendant in this case is hereby discharged.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this 25th day of May, 2001.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
Bertha Mitrani, Esq., AUSA
Stuart Adelstein, Esq.
Financial